# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.C.G., a Minor, by and through his Guardian Ad Litem, Petra Gaeta; A.G., a Minor, by and through his Guardian Ad Litem, Maria Rosas, individually and as successors in interest to DAVID GAETA, deceased; DAVID GAETA URZUA, and PETRA GAETA, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SANTA ANA, an entity, SAUL ESQUIVEL, DORIN BUCHANAN; and DOES 1 Through 10, Inclusive,<br><br>    Defendants. | Case No.: SACV17-01206 JVS (JEMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

IT IS SO ORDERED.

DATED: November 12, 2019

_____
Honorable James V. Selna

-1-

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE